690 A.2d 605

STATE OF NEW JERSEY v. SHARON McNAIR.

February 13, 1997.

It is ORDERED that the petition for certification is granted and summarily remanded to the Appellate Division for reconsideration in light of *State v. Jordan*, 147 *N.J.* 409, 688 *A.*2d 97 (1997).

690 A.2d 605

STATE OF NEW JERSEY v. JAMES LAWSON, A/K/A
LEON HARRIS, A/K/A LEON SPRINGER.

February 13, 1997.

It is ORDERED that the petition for certification is granted and summarily remanded to the Appellate Division for reconsideration in light of *State v. Jordan*, 147 *N.J.* 409, 688 *A.*2d 97 (1997).